PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**

**Jun 05, 2024**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:24-mj-0075 CKD

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>      v.                            )<br>                                    )<br>SHIRLEY L. OSGOOD,                  )<br>                                    )<br>            Defendant.              )<br>                                    )<br>                                    )<br>_____ ) | VIOLATIONS: 18 U.S.C. § 1382 – Unauthorized Entry Onto A Military Installation (Two Counts) |

<u>I N F O R M A T I O N</u>

<u>COUNT ONE</u>:    [18 U.S.C. § 1382 – Unauthorized Entry Onto A Military Installation]

The United States Attorney charges:  T H A T

SHIRLEY L. OSGOOD,

defendant herein, on or about October 19, 2023, at Beale Air Force Base, County of Yuba, State and Eastern District of California, within the jurisdiction of the United States, did go upon a military reservation, post, fort, arsenal, yard, station, and installation, to wit: Beale Air Force Base, for a purpose prohibited by law and lawful regulation, in violation of Title 18, United States Code, Section

1382, a Class B misdemeanor.

COUNT TWO:     [18 U.S.C. § 1382 – Unauthorized Entry Onto A Military Installation]

The United States Attorney further charges:  T H A T

SHIRLEY L. OSGOOD,

defendant herein, on or about March 14, 2024, at Beale Air Force Base, County of Yuba, State and Eastern District of California, within the jurisdiction of the United States, did go upon a military reservation, post, fort, arsenal, yard, station, and installation, to wit: Beale Air Force Base, for a purpose prohibited by law and lawful regulation, in violation of Title 18, United States Code, Section 1382, a Class B misdemeanor.

DATED: June 5, 2024            PHILLIP A. TALBERT
                               United States Attorney

                         By:   /s/ Justin L. Lee
                               JUSTIN L. LEE
                               Assistant U.S. Attorney

<u>Penalty Slip</u>

**<u>United States v. Shirley L. Osgood</u>**

<u>COUNT ONE:</u>

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 1382 - Unauthorized Entry Onto a Military Installation. |
| MAXIMUM PENALTY: | Imprisonment for not more than 6 months, a fine of not more than $5,000, <u>or</u> <u>both</u>. |
| SPECIAL ASSESSMENT: | $10.00 |

<u>COUNT TWO:</u>

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 1382 - Unauthorized Entry Onto a Military Installation. |
| MAXIMUM PENALTY: | Imprisonment for not more than 6 months, a fine of not more than $5,000, <u>or</u> <u>both</u>. |
| SPECIAL ASSESSMENT: | $10.00 |