UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BEFORE THE HONORABLE CAROLYN K. DELANEY

| | |
|---|---|
| UNITED STATES, | Case 2:24-mj-0075 CKD |
| Plaintiff, | |
| v. | **MINUTES** |
| SHIRLEY OSGOOD, | Date: 12/3/2024 |
| | Deputy Clerk: Lisa Kennison |
| Defendant. | Reporter: Chris Nair, ECRO |
| _____/ | |

**Counsel for the Plaintiff:** Justin Lee
**Counsel for the Defendant:** Megan Hopkins and John Amit, CLS

## BENCH TRIAL:

| | |
|---|---|
| 10:03 AM | All parties present. |
| 10:04 AM | Witness Amari McNeil, Senior Airman, USAF called and sworn to testify on direct by Mr. Lee. [Govt Exhibits 1, 7, Admitted]. |
| 10:15 AM | Witness testimony continues on cross-examination by Mr. Amit. |
| 10:20 AM | Justin Lee conducted voir dire of the witness regarding exhibit. [Govt Exhibit 58 Admitted]. |
| 10:23 AM | Cross-examination continues. Witness excused. Defendant received headphones. |
| 10:24 AM | Witness Jonathan Breed, Staff Sergeant USAF called and sworn to testify on direct by Mr. Lee. [Govt Exhibit 34 Admitted]. |
| 10:29 AM | Witness testimony continues on cross-examination by Ms. Hopkins. |
| 10:34 AM | Re-direct by Mr. Lee. Witness excused. |
| 10:35 AM | Govt requested the court take Judicial Notice on Exhibits 9, 10, 11, 13, 15-34. Over defense counsel objections, the court takes Judicial Notice. Exhibits admitted. |
| 10:37 AM | Govt rests |
| 10:38 AM | John Amit, CLS for Defendant presents Opening Statement. |

| 10:41 AM | The court questions counsel regarding necessity defense. |
|---|---|
| 10:42 AM | Court is in recess. |
| 10:54 AM | Counsel and court discuss "necessity defense". |
| 11:02 AM | Witness Shirley Osgood called and sworn to testify on direct by Mr. Amit. |
| 11:12 AM | Witness testimony continues on cross-examination by Mr. Lee. [Govt Exhibit 12 Admitted]. |
| 11:19 AM | Re-direct by Mr. Amit. Witness excused. |
| 11:21 AM | John Amit presents Closing Statement. |
| 11:25 AM | The court finds the Defendant GUILTY on Counts 1 and 2. |
| 11:35 AM | Defendant addressed the court. |
| 11:36 AM | The court sentenced the Defendant. Appeals rights given.<br><br>100 Community Hours. 5 days incarceration. $20 Special Assessment. Defendant may self-surrender on 4/1/2025. A Status Conference SET for 10/30/2025 at 2:00 PM. The court advised the Defendant of Failure to Appear penalties. |
| 11:43 AM | Exhibits returned. |
| 11:45 AM | Court adjourned. |

**TIME IN COURT: 1 hour, 34 minutes**