HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
SHIRLEY L. OSGOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:24-mj-0075-CKD |
|---|---|---|
| Plaintiff, | ) | JOINT STATUS REPORT AND REQUEST TO VACATE STATUS CONFERENCE |
| v. | ) | Date: October 30, 2025 |
| SHIRLEY L. OSGOOD, | ) | Time: 2:00 p.m. |
| Defendant. | ) | Judge: Hon. Carolyn K. Delaney |

Defendant Shirley L. Osgood, by and through her attorney, Assistant Federal Defender Megan T. Hopkins, and the United States, by and through Assistant United States Attorney Justin Lee, hereby submit a joint status report and request to vacate the status conference scheduled for October 30, 2025, at 2:00 p.m. before the Honorable Carolyn K. Delaney.

Ms. Osgood has completed her custodial sentence and has provided the government with satisfactory proof of completion of more than 100 hours of community service. She has not committed any new law violations while serving a term of court probation over the past 10 months. It is therefore the request of the parties that the status conference be vacated and that this matter be terminated.

////

////

////

Respectfully submitted,

Dated: October 17, 2025

HEATHER E. WILLIAMS
Federal Defender

/s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
SHIRLEY L. OSGOOD

Dated: October 17, 2025

ERIC GRANT
United States Attorney

/s/ Justin Lee
JUSTIN LEE
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' joint status report, and good cause appearing therefrom, VACATES the status conference and TERMINATES this case.

Dated: October 17, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE